UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE E. HORTON, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCHNEIDER LOGISTICS TRANSLOADING AND DISTRIBUTION, INC., a Wisconsin corporation; and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO. 5:17-cv-00141-TJH-SPx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6** |

89052677.1

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

# ORDER

The Court has reviewed the Joint Stipulation of Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff Duane E. Horton ("Plaintiff") and Defendant Schneider Logistics Transloading And Distribution, Inc. ("Defendant") (collectively, the "Parties").

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' Stipulation, each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: MAY 10, 2017

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE